UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN R. HOWARD,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>　　　　　　Defendant. | No. 2:23-cv-00457-RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

## **STIPULATION**

The parties, by and through their respective counsel, hereby stipulate that all claims may be dismissed with prejudice and without fees or costs, and that the Order below dismissing those claims may be entered.

Dated this 21st day of July, 2023.                    Dated this 21st day of July, 2023.

FORSBERG & UMLAUF, P.S.                              HELSELL FETTERMAN, LLP

*s/Kara A. Tredway*                                              *s/Shawn Butler*
Kimberly A. Reppart, WSBA #30643            Shawn Butler, WSBA #45731
Kara A. Tredway, WSBA #44984                  Attorney for Plaintiff
Attorneys for Defendant USAA General
Indemnity Company

---

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE – PAGE 1

3493889 / 1261.0023

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

**ORDER**

THIS MATTER having come on before the above-entitled court on the above stipulation of the parties through their counsel of record, now, therefore, it is hereby ORDERED that all claims herein be dismissed with prejudice and without costs or attorneys' fees to any party.

DATED this 25th day of July, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

*Presented by:*

FORSBERG & UMLAUF, P.S.

*s/Kara A. Tredway*
Kimberly A. Reppart, WSBA #30643
Kara A. Tredway, WSBA #44984
Attorneys for Defendant USAA General Indemnity Company

*Presented by:*

HELSELL FETTERMAN, LLP

*s/Shawn Butler*
Shawn Butler, WSBA #45731
Attorney for Plaintiff

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE – PAGE 2

3493889 / 1261.0023

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX